1  ANDRÉ BIROTTE JR.
2  United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JOANNE OSINOFF (Cal. Bar No. 141489)
5  Assistant United States Attorney
         Room 7516, Federal Building
6        300 North Los Angeles Street
7        Los Angeles, California 90012          JS-6
         Telephone: (213) 894-6880
8        Facsimile: (213) 894-7819
9        Email: joanne.osinoff@usdoj.gov
10 Attorneys for Defendant
   United States of America
11

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL TURNER, | CASE NO. CV 12-0535 R (JEMx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based upon the Stipulation for Compromise Settlement and Release as well as the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

/ / /

/ / /

1. The above-captioned action is dismissed in its entirety with prejudice;

2. Each party shall bear his own attorneys' fees, costs and expenses; and

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

Dated:  _July 24, 2012_

_____
HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE